Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company, <br><br> Plaintiffs, <br> v. <br><br> **DOE-71.193.181.123**, <br><br> Defendant. | Case No.: 6:15-cv-00177-AC <br><br> STIPULATED CONSENT JUDGMENT |

### STIPULATED CONSENT JUDGMENT

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Dallas Buyers Club, LLC has filed a Complaint against the defendant in the Oregon district court for copyright infringement, 17 U.S.C. §§ 101, et seq., of plaintiff's motion picture titled Dallas Buyers Club, registered with the United States Copyright Office, Reg. No. PA 1-873-195.

After initial discovery and investigation, defendant, identified as DOE-71.193.181.123 was affirmatively identified as the proper defendant in this matter.

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

## Identity of the Defendant

The defendant identified herein as DOE-71.193.181.123 has been personally identified to plaintiff but wishes to remain anonymous and has requested leave to proceed anonymously. Plaintiff does not oppose this request. The parties are granted leave to separately file the true identity of the defendant under seal, which absent breach of the parties' settlement agreement, or action to enforce this Stipulated Consent Judgment may remain under seal.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Dallas Buyers Club, LLC has valid and enforceable copyrights in the original copyrighted work, Dallas Buyers Club, ("motion picture") registered with the United States Copyright Office, Reg. No. PA 1-873-195.
3. DOE-71.193.181.123 is the proper named defendant in this case liable under plaintiff's claims.
4. Plaintiff and DOE-71.193.181.123 expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.
5. DOE-71.193.181.123 and Doe's counsel have fully reviewed the Complaint and the

allegations of the Complaint and specifically admit plaintiff's investigations identifying the IP address used by DOE-71.193.181.123 were accurate, in particular in accurately identifying DOE-71.193.181.123 and DOE-71.193.181.123's IP address as the IP address used to download and distribute plaintiff's motion picture and other content identified with the Complaint.

6. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against DOE-71.193.181.123.

### PERMANENT INJUNCTION

DOE-71.193.181.123 is hereby PERMANENTLY ENJOINED from directly, contributory or indirectly infringing plaintiff's rights in their motion pictures, including without limitation by using the Internet to reproduce or copy plaintiff's motion picture or to make plaintiff's motion picture available for distribution to the public, except pursuant to a lawful written license from plaintiff;

DOE-71.193.181.123 is hereby directed to immediately delete all unlicensed content in which plaintiff has any rights or interest, together with any and all BitTorrent clients on any computer(s) they own or control together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange; and

///

///

DOE-71.193.181.123 is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly participating or facilitating in peer-to-peer BitTorrent file exchanges without an express license from all rights holders as to the specific content exchanged.

SO ORDERED, this day: April 1, 2015

_____
United States Magistrate Judge

So Stipulated and Respectfully Submitted: March 31, 2015

On Behalf of Defendant:

/s/ Benjamin R. Justus
Benjamin R. Justus, WSBA #38855
Attorney for Defendant
Lybeck Pedreira & Justus PLLC
5th Floor Chase Bank Building
7900 SE 28th Street
Mercer Island, WA 98040
Phone: 206-230-4255
Email: ben@lpjustus.com

On Behalf of Plaintiff:

/s/ Carl D. Crowell
Carl D. Crowell, OSB # 982049
email: carl@crowell-law.com
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
Phone: 503-581-1240
Of counsel for plaintiff